# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Chambers of
**WILL GARWOOD**
Circuit Judge

903 San Jacinto Boulevard
Austin, Texas 78701
512/916-5113

August 2, 2004

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C.  20544

Dear Committee Members:

In response to your letter of July 30, 2004 concerning my calendar year 2003 Financial Disclosure Report dated May 18, 2004, I hereby amend my said report by identifying "JP Morgan Tax Free Money Market Premier Class Sweep Fund (92)" as the "Cash Account" referenced in Part VII, Page 10, line 171 and as the "Cash Account" referenced in Part VII, Page 11, line 182.

Yours sincerely,



Will Garwood

RECEIVED Aug 24 11 02 AM '04 FINANCIAL DISCLOSURE OFFICE

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Garwood, William L. | 2. Court or Organization<br>United States Court of Appeals for the Fifth<br>Circuit | 3. Date of Report<br><br>5/18/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge - Senior Status | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>903 San Jacinto, Room 300<br><br>Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (Joint Venturer) | U.S. 183 Venture (See Section VIII continuation) |
| 2. | Member | Salvation Army, Austin, Texas, Advisory Board |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
May 24 10 54 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. 26.666% General Partnership interest in U.S. 183 Venture | B | Rent | L | U | | | | | |
| 2. | | | | | | | | | |
| 3. Assets held through Bank of America, Austin: | | | | | | | | | |
| 4. Individual Retirement Account | | | | | | | | | |
| 5. 1) Nations Cash Reserves Trust | B | Dividend | M | T | | | | | |
| 6. | | | | | | | | | |
| 7. Face value of $15,000 Life Insurance Policy with | A | Dividend | J | T | | | | | |
| 8. Prudential Insurance Company | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. Bank of America Acct. (Ch) Austin | A | Interest | L | T | | | | | |
| 11. Bank of America Acct. (Ch) Austin | A | Interest | K | T | | | | | |
| 12. Bank of America Acct. (Ch) Austin | A | Interest | K | T | | | | | |
| 13. Bank of America Acct. (Ch) Austin | A | Interest | L | T | | | | | |
| 14. | | | | | | | | | |
| 15. T. Rowe Price Tax-Free Income Fund | C | Dividend | L | T | | | | | |
| 16. T. Rowe Price New Income Fund - IRA | B | Dividend | K | T | | | | | |
| 17. | | | | | | | | | |
| 18. Dreyfus Municipal Bond Fund, Inc. | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Garwood, William L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Dreyfus Intermediate Municipal Bond Fund, Inc. | B | Dividend | K | T | | | | | |
| 20. Dreyfus Municipal Bond Fund, Inc. | B | Dividend | K | T | | | | | |
| 21. Dreyfus Intermediate Municipal Bond Fund, Inc. | B | Dividend | K | T | | | | | |
| 22. | | | | | | | | | |
| 23. Interest-Salt Creek Triangle Syndicate-Buena Park CA | A | Royalty / Distribution | K | W | | | | | |
| 24. (Salt Creek Field, Natrona County, WY) | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. Royalty Interest #1, Jackson County, CO | B | Royalty | J | W | | | | | |
| 27. | | | | | | | | | |
| 28. Royalty Interest #2, Natrona County, WY | A | Royalty | J | W | | | | | |
| 29. | | | | | | | | | |
| 30. Royalty Interest #3, Fremont County, WY | B | Royalty | J | W | | | | | |
| 31. | | | | | | | | | |
| 32. Royalty Interest #4, Sweetwater County, WY | D | Royalty | J | W | | | | | |
| 33. | | | | | | | | | |
| 34. Royalty Interest #5, Moffat County, CO | A | Royalty | J | W | | | | | |
| 35. | | | | | | | | | |
| 36. Royalty Interest #6, Moffat County, CO | A | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | | | | | |
| 38. Royalty Interest #7, Sweetwater County, WY | C | Royalty | J | W | | | | | |
| 39. | | | | | | | | | |
| 40. Royalty Interest #8, Sweetwater County, WY | D | Royalty | K | W | | | | | |
| 41. | | | | | | | | | |
| 42. Royalty Interest #9, Sweetwater County, WY | A | Royalty | J | W | | | | | |
| 43. | | | | | | | | | |
| 44. Royalty Interest #10, Sweetwater County, WY | A | Royalty | J | W | | | | | |
| 45. | | | | | | | | | |
| 46. Mineral Interest #11, Undivided interest in 2.95097% mineral | | None | J | W | | | | | |
| 47. interest in various surveys in Brooks County, TX | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. Royalty Interest #12, Natrona County, WY | A | Royalty | J | W | | | | | |
| 50. | | | | | | | | | |
| 51. Mineral Interest #13, One-sixth undivided interest in tract | A | Coal Lease Rent | J | W | | | | | |
| 52. of land in Pike County, KY | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. Royalty interest #'s 1-10 & 12 are overriding royalties | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | if not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. | | | | | | | | | |
| 56. Proceeds from settlement of royalty owner class actions. | | | | | | | | | |
| 57. See Sec. VIII Note. | | | | | | | | | |
| 58. Suit against Marathon (X) | C | Royalty | | | | | | | |
| 59. | A | Interest | | | | | | | |
| 60. Suit against Wexpro Co & Questar Gas Co (X) | B | Royalty | | | | | | | |
| 61. | A | Interest | | | | | | | |
| 62. | | | | | | | | | |
| 63. Investments held through Merrill Lynch: | | | | | | | | | |
| 64. Merrill Lynch Ready Assets Trust | E | Dividend | P1 | T | | | | | |
| 65. Municipal Investment Trust Fund - 10th PUT Series | B | Interest | K | T | Redeem | 12/26 | J | | Partial Redemption |
| 66. Merrill Lynch Ready Assets Trust | A | Dividend | J | T | | | | | |
| 67. Merrill Lynch Ready Assets Trust | D | Dividend | P1 | T | | | | | |
| 68. Municipal Investment Trust Fund - 10th PUT Series | B | Interest | K | T | Redeem | 12/26 | J | | Partial Redemption |
| 69. | | | | | | | | | |
| 70. Undivided 10/12ths of undivided acreage out of the east half | | None | J | W | | | | | |
| 71. of the J. Devore League, surface only, Liberty County, Texas | | | | | | | | | |
| 72. | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Investments held through Bank of America (account 1): | | | | | | | | | |
| 74. Aldine Tex Indpt Sch Dist G.O. Ref Bds Due 2/15/04 | D | Interest | N | T | | | | | |
| 75. Cleburne Tex Wtrwks & Swr Due 2/15/09 | D | Interest | M | T | | | | | |
| 76. North Carolina St Cap Impt Bds Due 2/1/04 | D | Interest | M | T | | | | | |
| 77. Wisconsin St Health & Edl Facs Due 2/15/04 | D | Interest | M | T | | | | | |
| 78. Nations Intermed Muni Inc Fund Trust A Shares | E | Int/Div | O | T | | | | | |
| 79. Alamo Tex Cmnty College Dist RFDG 5.55% Due 2/15/07 | D | Interest | | | Called | 2/15 | M | C | |
| 80. Minneapolis Minn Spl Sch Dist 5.50% Due 2/1/06 | D | Interest | | | Called | 2/1 | M | C | |
| 81. Eanes Tex Indpt Sch Dist 5.75% Due 8/1/08 | D | Interest | M | T | | | | | |
| 82. Goose Creek Tex Cons Indpt Sch Dist 5.75% Due 2/15/05 | D | Interest | M | T | | | | | |
| 83. Davis County Utah Sch Dist GO Bonds 5.50% Due 6/1/05 | D | Interest | M | T | | | | | |
| 84. Federal National Mortgage Assn MTN 6.54% Due 10/3/05 | E | Interest | M | T | Partial Sale | 10/30 | M | D | |
| 85. Federal Farm Credit Bank Med Term Note 7.07% Due 6/6/06 | E | Interest | N | T | | | | | |
| 86. Federal Home Loan Mortgage Corp Note 7.22% Due 6/14/06 | E | Interest | N | T | | | | | |
| 87. Peoria Illinois Ser C GO Bonds 5.5% Due 1/1/07 | D | Interest | N | T | | | | | |
| 88. Altera Corp Common | | None | N | T | Buy Shs | 10/9 | K | | |
| 89. Federal Natl Mtg Assn Common | D | Dividend | M | T | Partial Sale | 6/27 | M | L | |
| 90. Motorola Inc. Common | B | Dividend | M | T | Buy Shs | 10/15 | K | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | Buy Shs | 10/17 | K | | |
| 92. | | | | | Buy Shs | 10/23 | J | | |
| 93. Federal Home Loan Mortgage Corp Deb Due 8/18/05 | D | Interest | | | Sale | 10/22 | M | D | |
| 94. Federal National Mortgage Assn Med Term Note due 4/2/07 | D | Interest | M | T | | | | | |
| 95. Pima Cnty Ariz Indl Dev Auth R Rev Ref Bds Due 4/1/04 | D | Interest | M | T | | | | | |
| 96. Round Rock Tex Comb Tax & Rev Ctfs Oblig Due 8/15/05 | D | Interest | M | T | | | | | |
| 97. Emerson Elec Co Common | D | Dividend | N | T | Buy Shs | 3/5 | K | | |
| 98. Hewlett Packard Co Common | C | Dividend | M | T | Buy Shs | 10/17 | K | | |
| 99. Johnson & Johnson Common | D | Dividend | N | T | Partial Sale | 12/8 | K | D | |
| 100. Pepsico Inc Common | D | Dividend | N | T | Buy Shs | 10/17 | J | | |
| 101. Diageo Plc-Spr Adr (UK-USD) Common | D | Dividend | N | T | Buy Shs | 10/17 | K | | |
| 102. Bryan, TX ISD 4.2% Due 2/15/03 | B | Interest | | | Matured | 2/15 | L | | |
| 103. Abbott Labs Common | D | Dividend | N | T | Buy Shs | 10/15 | J | | |
| 104. | | | | | Buy Shs | 10/17 | K | | |
| 105. Bank of America Corp Common | D | Dividend | N | T | Buy Shs | 3/5 | K | | |
| 106. | | | | | Buy Shs | 10/9 | K | | |
| 107. Coca Cola Co Common | C | Dividend | N | T | Buy Shs | 3/5 | J | | |
| 108. General Mills, Inc. Common | D | Dividend | M | T | Partial Sale | 10/22 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. San Antonio Tex CTFS Oblig 4.0% Due 2/1/03 | B | Interest | | | Matured | 2/1 | L | | |
| 110. Texas Tech Univ Revs Ref & Impt 4.0% Due 2/15/05 | D | Interest | M | T | | | | | |
| 111. Texas Tech Univ Revs Ref & Impt 4.125% Due 2/15/06 | C | Interest | M | T | | | | | |
| 112. Texas St G.O. Rev Bds 4.0% Due 10/1/06 | C | Interest | M | T | | | | | |
| 113. Texas Tech Univ Revs Ref & Impt 4.25% Due 2/15/07 | D | Interest | M | T | | | | | |
| 114. Houston Tex GO Pub Impt Ref Bds 5.0% Due 3/1/06 | C | Interest | M | T | | | | | |
| 115. Katy Tex ISD Ref Bds 5.0% Due 2/15/06 | C | Interest | M | T | | | | | |
| 116. Texas St Pub Fin Auth Rev Bds 5.1% Due 2/1/06 | D | Interest | M | T | | | | | |
| 117. Texas St Pub Fin Auth Rev Bds 5.5% Due 2/1/11 | D | Interest | M | T | | | | | |
| 118. Applied Materials Inc. Common | | None | M | T | Buy Shs | 3/5 | K | | |
| 119. | | | | | Buy Shs | 12/11 | K | | |
| 120. | | | | | Buy Shs | 12/19 | K | | |
| 121. Agilent Technologies Inc. Common | | None | M | T | Buy Shs | 3/5 | K | | |
| 122. | | | | | Buy Shs | 12/11 | J | | |
| 123. Pfizer Inc. Common | D | Dividend | N | T | | | | | |
| 124. Nations Tax-Exempt Reserve Trust Class | C | Dividend | M | T | Redeem Part | var | N | | Proceeds used to buy securities |
| 125. Marsh & McLennan Cos Inc. Common | D | Dividend | N | T | Partial Sale | 12/8 | K | | |
| 126. | | | | | Partial Sale | 12/16 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Garwood, William L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Bank New York Inc. Common | D | Dividend | N | T | Buy Shs | 3/5 | J | | |
| 128. | | | | | Buy Shs | 10/20 | J | | |
| 129. Qualcomm Inc. Common | B | Dividend | O | T | | | | | |
| 130. Federal Home Ln Bks Cons Bd Due 1/20/09 | D | Interest | M | T | | | | | |
| 131. Galveston Cnty Tex CTFS Oblig-OID Due 2/1/11 | D | Interest | M | T | | | | | |
| 132. Galveston Cnty Tex CTFS Oblig-OID Due 2/1/09 | D | Interest | M | T | | | | | |
| 133. College Station Tex G.O. Impt Bds-OID Due 2/15/10 | D | Interest | M | T | | | | | |
| 134. College Station Tex G.O. Impt Bds-OID Due 2/15/11 | D | Interest | N | T | | | | | |
| 135. Sheldon Tex ISD G.O. Sch Bldg & Ref Bds-OID Due 2/15/11 | D | Interest | M | T | | | | | |
| 136. Baytown Tex Wtr & Swr Rev 3.0% Due 2/1/09 | B | Interest | M | T | Buy | 5/7 | M | | |
| 137. Plum Creek Timber Co Inc Common | C | Dist/Div | N | T | Buy Shs | 10/8 | M | | |
| 138. | | | | | Buy Shs | 10/9 | K | | |
| 139. | | | | | Buy Shs | 10/15 | K | | |
| 140. | | | | | Buy Shs | 10/17 | K | | |
| 141. | | | | | Buy Shs | 10/20 | K | | |
| 142. Exxon Mobil Corp Common | B | Dividend | M | T | Buy Shs | 10/27 | M | | |
| 143. | | | | | Buy Shs | 11/4 | L | | |
| 144. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Investments held through Bank of America (account 2): | | | | | | | | | |
| 146. Nations Cash Reserves Trust Class | B | Int/Div | M | T | | | | | |
| 147. Federal Farm Cr Bks Cons Bd 5.64% Due 4/4/11 | D | Interest | M | T | | | | | |
| 148. Pampa Tex CTFS Oblig 4.0% Due 6/1/08 | B | Interest | | | Sale | 12/16 | L | B | |
| 149. Greenville Tex ISD GO Sch Bldg & Ref Bds Due 8/15/09 | C | Interest | M | T | | | | | |
| 150. Brazoria Cnty Tex Mun Util Dis GO Bds 3.8% Due 9/1/09 | C | Interest | M | T | | | | | |
| 151. Cedar Park Tex G.O. Bds - OID 4.3% Due 2/15/10 | D | Interest | M | T | | | | | |
| 152. Denison Tex Wtrwks & Swr Rev Ref Bds 4.15% Due 9/1/10 | C | Interest | M | T | | | | | |
| 153. Denton Tex Util Sys Rev Bds OID 4.25% Due 12/1/10 | D | Interest | M | T | | | | | |
| 154. Laredo Tex ISD Ref Sch Bldg Bds-OID 4.2% Due 8/1/11 | C | Interest | L | T | | | | | |
| 155. Texas St Pub Fin Auth Rev Bds -OID 4.375% Due 11/1/11 | C | Interest | M | T | | | | | |
| 156. Abilene Tex GO Bds-OID 4.4% Due 2/15/12 | D | Interest | M | T | | | | | |
| 157. Tomball Tex ISD GO Sch Hse & Ref Bds 4.4% Due 2/15/12 | D | Interest | M | T | | | | | |
| 158. Ennis Tex GO Ref & Impt Bds-OID 4.4% Due 8/1/12 | D | Interest | M | T | | | | | |
| 159. Galveston Cnty Tex CTFS Oblig-OID 4.6% Due 2/1/13 | D | Interest | M | T | | | | | |
| 160. Cedar Park Tex Util Sys Rev Bds-OID 4.625% Due 8/15/13 | D | Interest | M | T | | | | | |
| 161. Allen Tex GO Bds-OID 4.6% Due 9/1/14 | D | Interest | M | T | | | | | |
| 162. Travis Cnty Tex GO Rd Bds-OID 5.0% Due 3/1/19 | D | Interest | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Arlington Tex Wtr & Wastewater Rev 4.0% Due 6/1/15 | C | Interest | M | T | Buy | 3/27 | M | | |
| 164. Fort Bend Cnty Tex Perm Impt Bds 3.25% Due 9/1/10 | A | Interest | M | T | Buy | 8/6 | M | | |
| 165. | | | | | | | | | |
| 166. Income and Remainder Interests: | | | | | | | | | |
| 167. 1) Undivided fractional income interest for life and | | | | | | | | | See Section VIII note. |
| 168. remainder interest in ▓▓▓▓ Trust No. 1 | | | | | | | | | |
| 169. 2) Undivided fractional vested interest in ▓▓▓▓ | | | | | | | | | |
| 170. Trust No. 1 (X) | C | Int/Div | | | | | | | |
| 171. 2a) Cash Account | | | N | T | | | | | |
| 172. 2b) Units-Mgt Inter Tax Exempt Bd Fund | | | | | Sale | 7/31 | K | | |
| 173. 2c) Units-Mgt Tax Exempt Bond Fund | | | | | Sale | 7/31 | K | | |
| 174. 2d) Units-Mgt Equity Fund | | | | | Sale | 7/31 | N | | |
| 175. 2e) Units-Mgt Special Equities Fund | | | | | Sale | 7/31 | K | | |
| 176. 2f) Units-Mgt International Fund | | | | | Sale | 7/31 | K | | |
| 177. | | | | | | | | | |
| 178. 3) Undivided fractional income interest for life and | | | | | | | | | See Section VIII note. |
| 179. remainder interest in ▓▓▓▓ Trust No. 2 | | | | | | | | | |
| 180. 4) Undivided fractional vested interest in ▓▓▓▓ | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L | 5/18/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Trust No. 2 (X) | C | Int/Div | | | | | | | |
| 182. 4a) Cash Account | | | O | T | | | | | |
| 183. 4b) Units-Mgt Inter Tax Exempt Bd Fund | | | | | Sale | 7/31 | K | | |
| 184. 4c) Units-Mgt Tax Exempt Bond Fund | | | | | Sale | 7/31 | K | | |
| 185. 4d) Units-Mgt Equity Fund | | | | | Sale | 7/31 | N | | |
| 186. 4e) Units-Mgt Special Equities Fund | | | | | Sale | 7/31 | L | | |
| 187. 4f) Units-Mgt International Fund | | | | | Sale | 7/31 | L | | |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Section I: The U.S. 183 Venture (the "Venture") is a joint venture in which I am one of several joint venturers; the Venture does not and did not engage in active business, and its sole function is and was ownership, related maintenance, leasing (and possible disposition) of a single tract of land (which was acquired in August 1982, is located in Travis County, Texas, and is and was essentially unimproved, except for tenant house, associated outbuildings, fences and the like) held as a passive investment; it had and has a "managing venturer," at all times a person other than myself; my relationship with it is and has been only as a passive investor.

Section VII, Line 26: Respecting all fractional overriding royalty interests (royalty interests #'s 1-10 and #12) in mineral leases as listed on pages 2 and 3 (lines 26-54) of Section VII, ▓▓▓▓▓owns these interests and acquired them by inheritance many years ago and neither she nor I is or was a party to any of the leases (or assignments) or instruments creating the interests, and her interest is entirely passive; I do not consider that ▓▓▓▓▓(or I) has or had, by virtue of her ownership of these royalty interests, any financial interest in any entity making the royalty payments or being the mineral lessee or operator of the lease in question.

Section VII, Lines 56-61: The two class actions referred to were filed and settled in the Third Judicial District Court of Wyoming (No 11,133, Madsen v. Marathon Oil Co.; No 01-376, Madsen v. Wexpro Co. and Questar Gas Co.) by class counsel (Balzer Carman Murdock P.C., Casper, Wyoming) on behalf of a class of royalty owners against the defendant(s) as lessee for underpayment and improper reporting of royalty. ▓▓▓▓▓was apparently included in the class by virtue of her ownership of royalty under one or more oil and/or gas leases held by defendant(s); she was not named in the pleadings in either suit and did not authorize the filing of, or appear or file anything (or any claim or ownership statement) in, either suit. The suits were each "opt-out" class actions; my wife did not opt out. Some undetermined portion of the amount listed as "Royalty" in Col. B may be attributable to claims for failure to properly report to royalty owners. Payment was by Hilltop National Bank (Casper, Wyoming) check payable to ▓▓▓▓▓mailed to her by class counsel.

Section VII, Lines 167 and 178: The ▓▓▓▓▓Trust Nos 1 and 2 each terminated July 11, 2003 on the death of the last survivor of those by whose lives the term of each trust was fixed. Accordingly, at that time, my undivided fractional interest in each trust changed from a life interest and contingent remainder to a vested interest. During the balance of 2003, the trustee continued to hold all the trust assets and no principal distributions were made.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____      Date___5/19/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544